UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,        No. CR**06-0678**

  v.

                              INITIAL ORDER FOR
                              REIMBURSEMENT OF COST OF
JOHN H. GUTHERIE                COURT-APPOINTED COUNSEL

        Defendant,
_____/

    <u>John H. Guthrie</u>, is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

    It is therefore ORDERED, and defendant agrees, that defendant shall reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

It is further ORDERED, and defendant agrees, that defendant shall pay an initial assessment of **$500.00**. An additional assessment may be made at the conclusion of the case. The initial assessment shall be paid as follows:

- ☒ 1. In a lump sum for the entire initial assessment no later than December **1, 2006**.
- ☐ 2. The entire initial assessment in _____ equal installments.
- ☐ 3. In monthly payments of $_____ until the entire initial assessment has been reimbursed.
- ☐ 4. Other_____
  _____.

**IT IS SO ORDERED.**

DATED: November **1, 2006**              _____
                                         UNITED STATES MAGISTRATE JUDGE

G:\BZALL\CRIMINAL\ORDERS\ORDERS.06\GUTHERIE.REIMBURSEMENT.ORDER.wpd