1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant GUTHRIE
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 06-00678 MAG
11                                  )
              Plaintiff,            )   **STIPULATION TO CONTINUE STATUS**
12                                  )   **CONFERENCE**
        v.                          )
13                                  )   Date:  December 1, 2006
   JOHN H. GUTHRIE,                 )   Time:  9:30 a.m.
14                                  )   Court: The Honorable Bernard Zimmerman
              Defendants.           )
15 _____ )

16      The parties hereby stipulate and request as follows:

17      1.   A status conference is scheduled for December 1, 2006;

18      2.   The parties respectfully request a continuance of the status conference, as Pretrial

19           Services has not made any decisions on the defendant's diversion. This

20           continuance will allow Pretrial Services to complete their examination of the case;

21      3.   Defendant respectfully requests a continuance of the status conference, to

22           December 18, 2006 at 9:30 a.m.;

23      4.   The government has no objection to a continuance of this matter, as indicated on

24           this stipulation;

25 //

26 //

   Stip. Continue Status Conf.                1

E-Filing

1  5.  The parties further agree that the time between December 1, 2006 and December

2  18, 2006 should be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and waived

3  under Federal Rule of Criminal Procedure 5.1.

4  IT IS HEREBY STIPULATED.

5

6  Dated: November 30, 2006                                /S/
                                                ELIZABETH M. FALK
7                                               ASSISTANT FEDERAL PUBLIC DEFENDER

8

9  Date: November 30, 2006                                 /S/
                                                DEREK OWENS
10                                              ASSISTANT UNITED STATES ATTORNEY

11
I hereby attest that I have on file al holograph signatures for any signatures indicated by a
12
"conformed" signature (/S/) within this e-filed document.
13

14  **[PROPOSED] ORDER**

15  For the reasons set forth in this stipulation, and good cause shown, the status conference

16  in the aforementioned case set for December 1, 2006 at 9:30 a.m. is hereby CONTINUED to

17  December 18, 2006 at 9:30 a.m.

18  **IT IS SO ORDERED**

19  DATED: 1 Dec 06                        _____
                                            THE HONORABLE BERNARD ZIMMERMAN
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

Stip. Continue Status Conf.                 2