UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff(s), ) ) v. ) ) JOHN H. GUTHRIE, ) ) Defendant(s). ) ) | No. CR 06-0678 MAG (BZ) **SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that the Order requiring defendant to pay $500.00 for its partial reimbursement of the cost of his defense entered October 31, 2006, is **STAYED** pending a further determination on this issue on **January 17, 2007 at 1:30 p.m.** or such earlier time as the parties place this matter on calendar.

Dated: December 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.06\GUTHRIE.REIMB.ORDER.2.wpd

1