1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14

15
   UNITED STATES OF AMERICA,            )   No. CR 06-00678 MAG
16                                      )
          Plaintiff,                    )   STIPULATION AND [PROPOSED]
17                                      )   ORDER TO EXCLUDE TIME AND
      v.                                )   DEFER PROSECUTION
18                                      )
   JOHN H. GUTHRIE,                     )
19                                      )
          Defendant.                    )
20 _____)

21     The parties hereby request that the Court exclude time under the Speedy Trial Act in the

22 above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from January 17, 2007 to July 17, 2007

23 for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition

24 in this matter, and that the prosecution will be deferred for a six month period of time for Mr.

25 Guthrie to demonstrate good conduct under the conditions of a pretrial diversion program.

26 SO STIPULATED.

27 //

28 //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00678 MAG

E-Filing

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| DATED: 1/24/07 | /s/ Derek R. Owens<br>DEREK R. OWENS<br>Special Assistant United States Attorney |
| DATED: 1/30/07 | /s/ Elizabeth Falk<br>ELIZABETH FALK<br>Attorney for Mr. Guthrie |

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from January 17, 2007 to July 17, 2007 for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 1 Feb 07

BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00678 MAG