1 BARRY J. PORTMAN
Federal Public Defender
2 ELIZABETH M. FALK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant GUTHRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-0678 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE |
| JOHN GUTHRIE, | ) | |
| | ) | Date:   June 29, 2007 |
| Defendant. | ) | Time:   9:30 a.m. |
| | ) | Court:  The Honorable Bernard |
| | ) |         Zimmerman |

STIPULATION

The parties agree to continue the status conference in the above-captioned matter from June 26, 2007 until July 26, 2007 at 9:30 a.m. The purpose of the continuance is due to the fact that defense counsel will be out of the country on June 29, 2007.

It is so stipulated.

DATED: 6/22/2007                    _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender

DATED: 6/22/2007                    _____/S/_____
                                    DEREK OWENS
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  June 25, 2007               _____
**Continued to July 25, 2007 at 1:30 p.m.**   THE HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
STATUS CONFERENCE
*United States v. John Guthrie*
CR 06-0678 MAG