BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GUTHRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>           Plaintiff,                                 )<br>                                                                )<br> vs.                                                          )<br>                                                                )<br> JOHN GUTHRIE                                     )<br>                                                                )<br>           Defendant.                              )<br>                                                                )<br>                                                                )<br>_____) | No. CR 06-0678 MAG<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE AND REMOVING MATTER FROM CALENDAR<br><br>Date:    July 26, 2007<br>Time:   1:30 p.m.<br>Court:  The Honorable Bernard Zimmerman |

### STIPULATION

The defendant John Guthrie was placed on pretrial diversion. A status conference was set for July 26, 2007 at 1:30 p.m. Under the terms of the diversion program, Mr. Guthrie was ordered to complete forty hours of community service and complete 20 Alcoholics Anonymous meetings. He was also required to have no further contact with law enforcement. Having provided the United States Attorney's Office with proof of completion of said requirements, it is the mutual request of the parties that this case be removed from the court's calendar and that the status conference set for July 26, 2007 be vacated. The United States Attorney's Office anticipates filing a motion to dismiss the

\\

\\

1  information forthwith.

3  It is so stipulated.

5  DATED: 7/13/07                    /s/
                                     ELIZABETH M. FALK
6                                    Assistant Federal Public Defender

7  DATED: 7/19/07                    /s/
                                     DEREK OWENS
8                                    Assistant United States Attorney

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11  "conformed" signature (/S/) within this e-filed document.

13  **IT IS SO ORDERED.**

14  DATED:   July 26, 2007           _____
                                     THE HONORABLE BERNARD ZIMMERMAN
                                     UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
STATUS CONFERENCE
*United States v. Guthrie*
CR 06-678 MAG                        - 2 -