SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00678 MAG |
|     Plaintiff, | |
| v. | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| JOHN H. GUTHRIE, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 06-00678 MAG

1 | United States Attorney for the Northern District of California moves to dismiss the above
2 | Information with prejudice.  The defendant has successfully completed his pretrial diversion
3 | program.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED: _____

WENDY THOMAS
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: \_\_August 6, 2007\_\_\_\_\_

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISMISSAL OF INFORMATION
CR 05-00213 MAG